# *United States District Court*

***District of Minnesota***

Stephen and Lisa Corrigan

Plaintiff(s)

vs. Civil Case No. 00-2627 MJD/SRN

Coleman Cable Systems, Inc., and
Whirlpool Corporation

Defendant(s)

vs.

Heyco Products, Inc., f/k/a Heyco
Stamped Products, Inc.

## CLERK'S ENTRY OF DEFAULT

It appearing that Whirlpool Corporation , defendant(s), is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against**

Whirlpool Corporation

this 16th day of January, 2001.

FRANCIS E. DOSAL
Clerk of Court

By: Shirley Hansen
Shirley Hansen
Deputy Clerk

(5)