**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Stephen and Lisa Corrigan,**

**Plaintiffs,**

**v.**

**Coleman Cable Systems, Inc. and Whirlpool Corporation,**

**Defendants.**

**Civil 00-2627 MJD/SRN**

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: January 23, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JAN 23 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Please use

new case number

CV 00-2627 MJD/JMM