**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stephen and Lisa Corrigan,

Plaintiff,

vs.

Coleman Cable Systems, Inc., and
Whirlpool Corporation,

Defendants,

vs.

Heyco Products, Inc.
f/k/a Heyco Stamped Products, Inc.,

Third-Party Defendants.

Court File No. 00-CV-02627 MJD/SRN

**~~PROPOSED~~ ORDER**

ORIGINAL

---

Before the Court is the Defendant Whirlpool Corporation's Motion For Leave to File Answer. The parties have filed a January 18, 2001 Stipulation and Withdrawal of Affidavit of Default, by which Plaintiff withdraws its Affidavit of Default and states no objection to the service and filing of an Answer by Defendant Whirlpool. Therefore, based on the submissions of the parties, it is hereby ORDERED that the Entry of Default shall be set aside by the clerk and the Answer of Defendant Whirlpool accepted for filing.

Date: January 23, 2001

BY THE COURT:

Magistrate Judge of District Court

FILED JAN 23 2001
CLERK

2270462.1