UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHEN CORRIGAN and
LISA CORRIGAN,

Plaintiffs,

v.

COLEMAN CABLE SYSTEMS, INC.
and WHIRLPOOL CORPORATION,

Defendants.

CIVIL NO. 00-2627 (MJD/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

| | |
|---|---|
| March 15, 2001 - | All pre-discovery disclosures required by Rule 26(a)(1) shall be completed by Plaintiffs. |
| March 22, 2001 - | All pre-discovery disclosures required by Rule 26(a)(1) shall be completed by Defendants. |
| April 1, 2001 - | All motions which seek to amend the pleadings or add parties must be served and filed. |

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

| | |
|---|---|
| March 15, 2001 - | By Plaintiff |
| April 30, 2001 - | By Defendant |

FEB 27 2001
Filed____________________
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials __________

Reports shall be in response to deposition questions.

| | |
|---|---|
| August 1, 2001 - | All discovery of any kind shall be commenced in time to be completed by this date. |
| August 5, 2001 - | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

| | |
|---|---|
| October 1, 2001 - | All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Angela Chianelli, (612) 664-5073. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E). |

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than December 1, 2001. The parties estimate that trial of this Jury matter will take one week.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 6 experts.

Each party may call no more than 6 experts at trial.

Dated: February 27, 2001

JOHN M. MASON
United States Magistrate Judge