**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Stephen and Lisa Corrigan,**

**Plaintiffs,**

**v.**

**Coleman Cable Systems, Inc., Heyco Products, Inc., f/k/a Heyco Stamped Products, Inc. and Whirlpool Corporation,**

**Defendants,**

---

**Court File No. CV-00-2627**

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action having been fully compromised and settled, it is hereby stipulated by and between the parties hereto through their respective counsel that the same may be and is hereby dismissed on its merits with prejudice but without costs or attorney fees to any party. The Court Administrator, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action.

Dated this 9 day of May 2001.

HANSON LULIC & KRALL

By: [signature]
J. Robert Kenna (# 258817)
Kevin J. Kennedy (#193872)

920 Second Avenue South, Ste 500
Minneapolis MN 55402
(612) 333-2530

ATTORNEYS FOR PLAINTIFFS

JAN 0 7 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 16th day of April 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Richard Bale
Richard W. Bale (#209727)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Fax: (612) 339-4181

ATTORNEYS FOR WHIRLPOOL CORP.

Dated this 3 day of May 2001.

BASSFORD, LOCKHART, TRUESDELL
& BRIGGS, P.A.

By: 
Louis J. Speltz (# )

3550 Multifoods Tower
33 South Sixth Street
Minneapolis MN 55402-3787
Phone: (612) 333-3000
Fax: (612) 333-8829

ATTORNEYS FOR COLEMAN CABLE
SYSTEMS, INC.

Dated this 7th day of May 2001.

JOHN G. NESS & ASSOCIATES

By: Michael R. Peterson

Michael Peterson (# 0086162)

6465 Wayzata Boulevard, Ste 450
St. Louis Park MN 55426
Phone: (763) 541-5500
Fax: (763) 541-5527

ATTORNEYS FOR HEYCO PRODUCTS INC., f/k/a STAMPED PRODUCTS, INC.

**ORDER**

Based on the above Stipulation, it is hereby Ordered that this action is dismissed, with prejudice, and without costs or attorney fees to any party.

Dated this 6th day of Jan 2002

By: Michael J. Davis
United States District Court
Judge Michael J. Davis