UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stephen and Lisa Corrigan,

Plaintiffs,

v.

Coleman Cable Systems, Inc.,
Heyco Products, Inc., f/k/a Heyco
Stamped Products, Inc. and
Whirlpool Corporation,

Defendants.

---

Court File No. CV-00-2627

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action having been fully compromised and settled, it is hereby stipulated by and between the parties hereto through their respective counsel that the same may be and is hereby dismissed on its merits with prejudice but without costs or attorney fees to any party. The Court Administrator, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action.

**HANSON, LULIC & KRALL**

Dated: 11-28-01

By [signature]
J. Robert Keena (License #258817)
Kevin J. Kennedy (License #193872)
Attorney for Plaintiffs
920 Second Avenue South
Suite 500
Minneapolis, MN 55402
(612) 333-2530

FILED JAN 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

Dated:_______________ By________________________________

~~Richard W. Bale (License #209727)~~
Attorney for Defendant Whirlpool Corp.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11/19/01 By________________________________

Louis J. Speltz (License #152912)
Attorneys for Defendant Coleman Cable Systems, Inc.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**JOHN G. NESS & ASSOCIATES**

Dated: 12/16/01 By________________________________

Michael Peterson (License #0086162)
Attorney for Defendant Heyco Products, Inc. f/k/a Stamped Products, Inc.
6465 Wayzata Boulevard
Suite 450
St. Louis Park, MN 55426
(952) 541-5500

**ORDER**

Based on the above Stipulation, it is hereby Ordered that this action is dismissed, with prejudice, and without costs or attorney fees to any party.

Dated: This 6th day of Jan, 2002.

By ______________________
United States District Court
Judge Michael Davis